*Case Closed*

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

RECEIVED
JUL - 3 2008
CHAMBERS OF
JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
MARITZA IRIZARRY,                 :
                                  :
              Plaintiff,          :
                                  :
     - v. -                       :     STIPULATION AND ORDER
                                  :         OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :     08 Civ. 1851 (TPG)
Social Security,                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       June 27, 2008

                          CENTER FOR DISABILITY ADVOCACY
                            RIGHTS, INC.
                          Attorneys for Plaintiff

By: _____
    CHRISTOPHER JAMES BOWES, ESQ.
    100 Lafayette Street
      Suite 304
    New York, New York  10013
    Telephone No.: (212) 979-0505

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2804
    Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE